UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-8-KDB-DCK

| | | |
|---|---|---|
| CHRISTOPHER O'DELL WATKINS, | ) | |
| On behalf of KLW, a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis*. (Doc. No. 2).

In this matter, Plaintiff is seeking review of a final determination that KLW, the minor child of the Plaintiff, is no longer disabled under section 1614(a)(3)(C) of the Social Security Act. See (Doc. No. 1). Plaintiff's Motion to Proceed *In Forma Pauperis* is presently pending before the Court. (Doc. No. 2-1).

The Court has considered the Application to Proceed in District Court Without Prepaying Fees or Costs, which indicates the child relies completely on Mr. Watkins for support and that the child has no income, assets, or liabilities. However, Mr. Watkins has not provided any of his own financial information. See White ex rel. Diggs v. Barnhart, 2002 WL 1760980 (M.D.N.C. July 30, 2002) (noting that, when determining the ability of a minor to pay the filing fees, the court may look to the financial resources of the minor, the parent, or if appropriate, a next friend or guardian *ad litem*).

The Court lacks adequate information to determine whether *in forma pauperis* status

1

should be granted.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's Motion to Proceed *In Forma Pauperis*, (Doc. No. 2), is **DENIED** without prejudice to pay the filing fee or file an Amended Application within **20 days** of this Order.

(2) If Plaintiff fails to timely comply with this Order, the Complaint will be dismissed without prejudice and this case will be closed without further notice.

Signed: February 10, 2020

Kenneth D. Bell
United States District Judge